JS-6

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
9
WESTERN DIVISION

10

ABEL NOEL ACOSTA, JR,

11

Plaintiff,

12

v.

13

COMMISSIONER OF SOCIAL
SECURITY,
14

15

Defendant.

16

Civil No.  2:25-cv-07991-CAS-DSR

JUDGMENT OF REMAND

17

18

19

20

21

22

23

24

25

26

27

28

1     IT IS ORDERED AND ADJUDGED that this case is reversed and remanded

2  pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social

3  Security for further administrative proceedings pursuant to this Court's ORDER of

4  remand, issued on December 11, 2025.

5

6

7  DATED: December 11, 2025     _____

8                                HON. CHRISTINA A. SNYDER

9                                UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28